*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
GASTON, STARITA, and HOUTZ
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Chance M. RAMIREZ**
Sonar Technician Submarines Seaman (E-3), U.S. Navy
*Appellant*

**No. 202100115**

Decided: 20 August 2021

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Andrew E. Carmichael

Sentence adjudged 18 February 2021 by a special court-martial convened at Naval Submarine Base New London, Connecticut, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 8 months, and a bad-conduct discharge.

For Appellant:
*Captain Kimberly D. Hinson, JAGC, USN*

For Appellee:
*Brian K. Keller, Esq.*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.